The WARREN TRUST and the Marietta Trust, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2013–5034.

United States Court of Appeals, Federal Circuit.

Sept. 6, 2013.

John Baird King, Breazeale, Sachse & Wilson, LLP, Baton Rouge, LA, for Plaintiffs–Appellants.

Lane N. McFadden, Esq., Jessica M. Held, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The parties jointly move to dismiss the appeal.

Upon consideration thereof, It Is Ordered That:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.